UNITED STATES of America, Plaintiff–Appellee,

v.

Paul Joe MARTIN, Defendant–Appellant.

No. 06–40982 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

March 7, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Tad A. Nelson, League City, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Paul Joe Martin raises arguments that are foreclosed by *United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir. 2001), which rejected a Commerce Clause

challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.